No. 67. HOSKINS v. UNITED STATES. C. A. 7th Cir. Application for bail presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. 

No. 2148, Misc. SEYMOUR v. PATE, WARDEN. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 250. GROPPI v. WISCONSIN. Appeal from Sup. Ct. Wis. Probable jurisdiction noted. 

No. 1493. UNITED STATES ET AL. v. CHICAGO & EASTERN ILLINOIS RAILROAD Co.; and

No. 1494. ILLINOIS COMMERCE COMMISSION ET AL. v. CHICAGO & EASTERN ILLINOIS RAILROAD Co. Appeals from D. C. N. D. Ill. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 308 F. Supp. 645.

No. 284. U. S. BULK CARRIERS, INC. v. ARGUELLES. C. A. 4th Cir. Certiorari granted. 

No. 83. SCHWARTZ ET AL. v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 383. MOUTON, COLLECTOR OF REVENUE OF LOUISIANA v. SINCLAIR OIL & GAS Co. C. A. 5th Cir. Certiorari denied.